# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
**Case No.:** 26-cv-00048-SDM-LSG

NADIA RAMOS, RICARDO RACINES, and NATIVIDAD MARTINEZ,

    Plaintiffs,

v.

JETBLUE AIRWAY CORPORATION, AIRBUS AMERICAS, INC., THALES AVIONICS, INC., and AIRBUS SAS,

    Defendants.

_____/

## NOTICE OF RELATED CASE

Pursuant to Local Rule 1.07(c), I certify to this Court that the instant action:

_____ IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

\_\_\_\_X\_\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court or any other Federal or State Court, or administrative agency.

Dated: February 5, 2026.

**COFFEY MCPHARLIN TRIAL LAW**
*Attorneys for Plaintiff*
550 S. Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
(954) 914-7403 – Direct
(954) 541-3194 – Main
(954) 947-8750 – Fax
pleadings@coffeymcpharlin.com

By: /s/ Sam Coffey
SAM COFFEY, ESQ.
Florida Bar No.: 71838

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 5th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sam Coffey
SAM COFFEY, ESQ.

## SERVICE LIST
## United States District Court
## Middle District of Florida
*Ramos, et. al v. Jetblue Airway Corporation, et al*
Case No.: 26-cv-00048-SDM-LSG

Sam Coffey, Esq.
Florida Bar No. 71838
Email: pleadings@coffeymcpharlin.com
**COFFEY MCPHARLIN TRIAL LAW**
550 S. Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
(954) 541-3194 – Tel
(954) 947-8750 – Fax
*Attorney for Plaintiffs*